**Order entered May 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00607-CV

### IN RE SIDNEY BIGHAM, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-11214**

## ORDER

Based on the Court's opinion and order of this date, we **DENY** relator's petition for writ

of habeas corpus.  We order relator to bear the costs of this original proceeding.


/s/      ELIZABETH LANG-MIERS
JUSTICE